UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case Number: **08-20270-CIV-MORENO**

MARLENE GALVAN,

    Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND GRANTING PETITION FOR ATTORNEY'S FEES

THE MATTER was referred to the Honorable Robert L. Dubé, United States Magistrate Judge for a Report and Recommendation on Plaintiff's Petition for Attorney's Fees and Affidavit with Assignment of EAJA Fee **(D.E. No. 19)**, filed on **November 20, 2008**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 21)** on **December 19, 2008**. The Court has reviewed the entire file and record and is otherwise fully advised in the premises. Therefore, it is

**ADJUDGED** that United States Magistrate Judge Robert L. Dubé's Report and Recommendation **(D.E. No. 21)** on **December 19, 2008** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Plaintiff's Petition for Attorney's Fees is **GRANTED** and Plaintiff is entitled to recover for 11.2 hours of work performed in this case, resulting in a total recovery of $1,889.10 as attorney's fees, payable to the Plaintiff's attorney Lilli W. Marder.

DONE AND ORDERED in Chambers at Miami, Florida, this 13th day of January, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record
United States Magistrate Judge Robert L. Dubé